IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **NOE GONZALEZ; MARIA DE LOURDES** § <br> **MEDRANO GALLEGOS; BOBBY J. DAVIS;** § <br> **LUIS FUENTES RIOS; YUMYMOJICA** § <br> **TRUCKING, LLC; and TRANSOIL** § <br> **MARKETING, LLC,** § <br> Defendants. § | Civil Action No. 7:23-cv-00056-DC-RCG |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Clear Blue Insurance Company ("Clear Blue") and reports to the Court that a settlement has been reached between Clear Blue and Defendant Transoil Marketing, LLC regarding the only claim that is left that was the subject of this suit. Plaintiff Clear Blue anticipates filing the final dismissal papers within 30 days.

Respectfully submitted,

*/s/ David J. Schubert*
David J. Schubert—Attorney in Charge
State Bar No. 17820800
E-Mail: DSchubert@SchubertEvans.com
Stephen Burnett
State Bar No. 24006931
E-Mail: SBurnett@SchubertEvans.com

**Schubert & Evans, P.C.**
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone: (214) 744-4400
Facsimile: (214) 744-4403

**ATTORNEYS FOR PLAINTIFF
CLEAR BLUE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

    I certify that on the 2nd of August, 2023, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Western District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ David J. Schubert*
David J. Schubert