IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY,<br>    *Plaintiff,*<br><br>v.<br><br>LUIS FUENTES RIOS, YUMYMOJICA TRUCKING, LLC, AND TRANSOILMARKETING, LLC,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§  NO. MO:23-CV-00056<br>§<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and the Plaintiff's Unopposed Motion for Final Dismissal Pursuant to Settlement (Doc. 38) filed August 28, 2023.

It is **ORDERED** that the remaining claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 29th day of August, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE